FILED

09/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0065

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
Supreme Court No. DA 20-0065

ANIMALS OF MONTANA, INC., TROY HYDE,
PERMIT HOLDER,

      Petitioner and Appellant,

  v.

STATE OF MONTANA, DEPARTMENT OF
FISH, WILDLIFE, AND PARKS,

      Respondent and Appellee.

## GRANT OF EXTENSION

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until October 27, 2020 to prepare, file and serve the Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 24 2020